UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2009 JUN -5 A 10: 31

_____
BY DEPUTY CLERK

IN RE:

CAJUN ELECTRIC POWER
COOPERATIVE, INC.

    DEBTOR

BANKRUPTCY NO. 94-11471

CHAPTER 11

CV 94-2763

LOUISIANA GENERATING, LLC

VERSUS

CAJUN ELECTRIC POWER
COOPERATIVE, INC., AND ITS
TRUSTEE, RALPH R. MABEY

ADVERSARY NO. 09-1031

## RULING

On December 21, 1994, this Court withdrew the Cajun Electric Power Cooperative, Inc. bankruptcy case (Case No. 94-11474). In an order dated December 15, 1999, this Court referred all pending matters and adversary proceedings to the Bankruptcy Court. Bankruptcy Judge Gerald H. Schiff, then the Bankruptcy Judge for the Western District of Louisiana, was assigned the case after then Bankruptcy Judge Louis M. Phillips had recused himself in the case.

The Court notes that Judge Schiff has since retired and was replaced by Bankruptcy Judge Robert Summerhays.

A new adversary proceeding was filed in this case bearing Adversary Proceeding No. 09-1031. Bankruptcy Judge Douglas Dodd

Doc#46130

cc: Chief Judge Edith Jones, USCA

was required to recuse himself in this adversary proceeding because he participated in the bankruptcy case prior to being appointed Bankruptcy Judge for the Middle District of Louisiana. Since Judge Dodd is the sole Bankruptcy Judge in this district, the Chief Judge of the Fifth Circuit Court of Appeals must designate and assign another Bankruptcy Judge within the Fifth Circuit to adjudicate these bankruptcy proceedings. This Court recommends that Bankruptcy Judge Robert Summerhays, one of the Bankruptcy Judges in the Western District of Louisiana, be considered for this assignment since he has already handled some contested matters in the Cajun bankruptcy case.

A copy of this ruling together with the order of reference issued by the Court on December 15, 1999, shall be sent to Chief Judge Edith Jones for her consideration. Chief Judge Ralph E. Tyson concurs in this ruling and recommendation.

Baton Rouge, Louisiana, June 4, 2009.

_____
FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE

_____
RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA